UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY EVERETT GARDNER,<br><br>    Defendant. | Case No. 22-mc-80004-SI<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S OPPOSITION TO REPORT AND RECOMMENDATION** |

On April 15, 2022, Magistrate Judge Ryu entered a Report and Recommendation advising this Court to grant a motion by plaintiff LPL Financial, LLC ("LPL") confirming an arbitration award issued in LPL's favor against defendant Bradley Everett Gardner. Dkt. No. 15. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(a), defendant Gardner filed an opposition on April 26, 2022, submitting that he did not sign the Term Commitment Note for the loan at issue. Dkt. No. 18. Plaintiff is instructed to a file a response no later than May 13, 2022.

**IT IS SO ORDERED**.

Dated: May 3, 2022

_____
SUSAN ILLSTON
United States District Judge