UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BRADLEY EVERETT GARDNER,<br><br>        Defendant. | Case No. 22-mc-80004-SI<br><br>**JUDGMENT** |

On May 31, 2022, the Court entered an order confirming an arbitration award in plaintiff's favor. Dkt. No. 22. Judgment in favor of plaintiff and against defendant is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 31, 2022

_____
SUSAN ILLSTON
United States District Judge