UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY EVERETT GARDNER,<br><br>    Defendant. | Case No. 22-mc-80004-SI<br><br>**ORDER REFERRING DEBTOR'S EXAM TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 24 |

This matter is referred for random assignment to a Magistrate Judge for a Debtor's Examination pursuant to the request filed at Dkt. No. 24. The assigned Magistrate Judge will issue the Order with the date and time of the Examination.

**IT IS SO ORDERED**.

Dated: June 6, 2023

_____
SUSAN ILLSTON
United States District Judge