UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY EVERETT GARDNER,<br><br>    Defendant. | Case No. 22-mc-80004-SI (DMR)<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff LPL Financial, LLC ("LPL Financial") filed a motion to compel on July 31, 2025. [Docket No. 37.] Currently, the motion is set for a court hearing on October 9, 2025. Defendant Bradley Gardner is pursuing this action without legal representation. According to the local court rules, Gardner should have filed any brief in opposition to LPL Financial's motion by August 14, 2025. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

    The court ORDERS Gardner to file a written response to this order by September 10, 2025 and explain his failure to respond to LPL Financial's motion. In addition, Gardner must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Gardner's late submission. If Gardner does not respond by September 10, 2025, LPL Financial's motion may be granted, and Gardner will be ordered to produce the requested discovery.

    The court further ORDERS that LPL Financial shall file a reply, if any, to Gardner's opposition no later than September 17, 2025.

    Not later than three days from the date of this order, LPL Financial shall serve Gardner with a copy of this order by any means reasonably calculated to provide actual notice, and file a proof of service to that effect.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: August 20, 2025

Donna M. Ryu
Chief Magistrate Judge