UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY EVERETT GARDNER,<br><br>    Defendant. | Case No. 22-mc-80004-SI  (DMR)<br><br>**ORDER TO SHOW CAUSE** |

The court previously ordered Defendant Bradley Gardner to file his response to Plaintiff LPL Financial LLC's motion to compel by October 24, 2025. [Docket No. 44 (order resetting briefing schedule); *see* Docket No. 37 (motion to compel).] LPL Financial served the motion to compel on Gardner on September 9, 2025 (Docket No. 42 ¶¶ 2, 4), and the court's order resetting briefing schedule on October 2, 2025 (Docket No. 46). In both instances, LPL Financial served the documents via Overnight Delivery at Gardner's Ukiah and Fort Bragg addresses and via Gardner's email address. [Docket No. 42 ¶¶ 2, 4; Docket No. 46.] As there is no indication that these documents have been returned as undeliverable, the court presumes that Gardner received notice of the motion to compel and the court's order resetting briefing schedule.

To date, Gardner has not filed a response to LPL Financial's motion. <u>The court ORDERS Gardner to respond by **November 13, 2025** and explain his failure to respond to the motion. In addition, Gardner must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Gardner's late submission. If Gardner does not respond by November 12, 2025, LPL Financial's motion may be granted.

The court further ORDERS that LPL Financial shall file a reply, if any, to Gardner's opposition no later than **December 4, 2025**.

No later than **October 30, 2025**, LPL Financial shall serve a copy of this order on Gardner at his Ukiah and Fort Bragg addresses, as well as his Gmail address. LPL Financial shall promptly file a proof of service thereof.

If Gardner does not have an attorney, he may consult the "Representing Yourself" section on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Gardner may also schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
Donna M. Ryu
Chief Magistrate Judge

2