UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL, LLC,<br><br>                        Plaintiff,<br><br>            v.<br><br>BRADLEY EVERETT GARDNER,<br><br>                        Defendant. | Case No.  22-mc-80004-SI   (DMR)<br><br>**ORDER GRANTING MOTION TO COMPEL**<br><br>Re: Dkt. No. 37 |

On July 31, 2025, Petitioner LPL Financial, LLC moved to compel the production of documents from Respondent Bradley Gardner. [Docket No. 37.] LPL Financial served the motion on Gardner, who has not appeared in this matter, via overnight delivery at an address in Ukiah, California. [Docket No. 37-2.] On September 9, 2025, LPL Financial notified the court that the motion had been returned as undeliverable. [Docket No. 40 ¶ 6.] LPL had also attempted to serve Gardner via process server at the Ukiah address, to no avail. *Id.* ¶ 7. The court ordered LPL Financial to serve Gardner with the motion via email and at two additional physical addresses located by LPL Financial that appeared to be associated with Gardner. [Docket Nos. 40, 41.]

On September 9, 2025, LPL Financial served Gardner in accordance with the court's order. [Docket No. 42 ¶¶ 2–4.] On October 2, 2025, LPL Financial confirmed that neither the email nor the documents served via overnight delivery had been returned as undeliverable. [Docket No. 43 ¶¶ 3, 5, 7.] Also on October 2, 2025, as it appeared that Gardner had received notice of the motion, the court reset the briefing schedule on LPL Financial's motion, such that Gardner's response was due October 24, 2025, and LPL Financial's reply was due November 7, 2025. [Docket No. 44.] The court "warned [Gardner] that failure to timely file a response may result in LPL Financial's motion being granted." *Id.* at 2. LPL Financial served that order on Gardner using the same means as the court previously order—that is, via email and at two physical addresses. [Docket No. 46.]

Gardner did not file a response to the motion to compel, and nothing in the record suggests that the court's October 2, 2025 order was returned as undeliverable. Accordingly, on October 29, 2025, the court ordered Gardner to show cause in writing explaining his failure to respond to the motion. [Docket No. 47.] The court also ordered Gardner to concurrently file his response to the motion to compel. *Id.* at 1. Gardner was warned that "[i]f Gardner does not respond by November 12, 2025, LPL Financial's motion may be granted." *Id.*

As of the date of this order, Gardner has not responded to LPL Financial's motion to compel or the court's order to show cause. Gardner was twice warned that the court may grant LPL Financial's motion if he failed to timely respond. [Docket No. 44 at 2; Docket No. 47 at 1.] In light of the foregoing, the motion is granted. Garnder shall produce the documents requested by LPL Financial in connection with Gardner's debtor's examination by **December 18, 2025**.

No later than **November 21, 2025**, LPL Financial shall serve a copy of this order on Gardner at his Ukiah and Fort Bragg addresses, as well as his Gmail address. LPL Financial shall promptly file a proof of service thereof.

If Gardner does not have an attorney, he may consult the "Representing Yourself" section on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Gardner may also schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
Donna M. Ryu
Chief Magistrate Judge