UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LPL FINANCIAL, LLC,

Plaintiff,

v.

BRADLEY EVERETT GARDNER,

Defendant.

Case No.  22-mc-80004-SI

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

This matter was referred to Magistrate Judge Ryu for a debtor's examination on June 6, 2023.  Dkt. No. 25.  Magistrate Judge Ryu has since retired.  Therefore, this matter is referred for random assignment to a Magistrate Judge for the ongoing discovery disputes in connection with respondent's debtor's examination.

**IT IS SO ORDERED**.

Dated:  February 5, 2026

_____
SUSAN ILLSTON
United States District Judge